UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JERRY LITWIN, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>        -against-<br><br>BARNEY'S, INC.,<br><br>                    Defendant. | Index No.:  13 Civ. 7143 (JGK)<br><br>**DEFENDANT'S RULE 7.1 DISCLOSURE STATEMENT** |

      Defendant Barney's, Inc. ("Barneys"), through counsel, hereby submits the following supplemental corporate disclosure statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure.

    No publicly held corporation owns 10% or more of the stock of Barneys.

Dated:     New York, New York
           December 9, 2013

                           Respectfully submitted,

                           HUGHES HUBBARD & REED LLP

                           By:   /s/ Jeff H. Galloway
                                Jeff H. Galloway
                                galloway@hugheshubbard.com
                           Attorneys for Defendant Barney's, Inc.
                           One Battery Park Plaza
                           New York, New York 10004
                           (212) 837-6000
                           (212) 422-4726, fax