Castel, K.

Jeff H. Galloway
jeff.galloway@hugheshubbard.com
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
(212) 837-6000

*Attorneys for Defendant Barney's, Inc.*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-15-14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JERRY LITWIN, individually and on behalf of all others similarly situated,

    Plaintiff,

-against-

BARNEY'S, INC.,

    Defendant.

Index No.: 13 Civ. 7143 (PKC)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

---

    IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff in the above-captioned case, Jerry Litwin, and the above-named Defendant, Barney's, Inc., through their respective undersigned counsel, as follows:

    1.    Pursuant to Rules 41(a) and 23(e) of the Federal Rules of Civil Procedure, Plaintiff Jerry Litwin withdraws his class allegations and dismisses with prejudice his individual claims.

2.  As so modified, this action is hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party is to bear its own costs and attorneys' fees.

Dated: September 11, 2014

BROMBERG LAW OFFICE, P.C.

9/23/14
By _____
Brian L. Bromberg
brian@bromberglawoffice.com
26 Broadway, 21st Floor
New York, New York 10004
(212) 248-7906

LAW OFFICE OF HARLEY J. SCHNALL

Harley J. Schnall
schnall_law@hotmail.com
711 West End Avenue
New York, New York 10025
(212) 678-6546

*Attorneys for Plaintiff*

HUGHES HUBBARD & REED LLP

By _____
Jeff H. Galloway
jeff.galloway@hugheshubbard.com
One Battery Park Plaza
New York, New York 10004-1482
(212) 837-6000

*Attorneys for Defendant Barney's, Inc.*

So Ordered _____
U.S.D.J.

10-14-14